Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>            Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 104.35.148.0, <br><br>            Defendant. | Case Number: 2:20-cv-01436-TJH-SP <br><br> Honorable Terry J. Hatter, Jr <br><br> **NOTICE OF SERVICE** |

   PLEASE TAKE NOTICE, that on August 30, 2020, Defendant JOHN DOE, subscriber assigned IP address 104.35.148.0, was served with summons and the First Amended Complaint in this action.  Pursuant to the Court's July 24, 2020 Order, Plaintiff was granted until August 30, 2020 to effectuate service on the Defendant. [CM/ECF 21].  Upon receipt from the process server, Plaintiff will file the Affidavit of Service with the Court.

Dated:  September 1, 2020         Respectfully submitted,


                                  By: /s/ *Lincoln D. Bandlow*
                                  Lincoln D. Bandlow, Esq.
                                  Attorney for Plaintiff
                                  Strike 3 Holdings, LLC

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Marina Bandlow*
    Marina Bandlow